Opinion issued September 10, 2009









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-09-00677-CV

____________


SONIC MOMENTUM VEA, LTD., D/B/A MOMENTUM AUDI, AUDI OF
AMERICA, AND JARED LANG, Appellants


V.


DANIEL DROR, II, Appellee






On Appeal from the 157th District Court

Harris County, Texas

Trial Court Cause No. 2007-54410






MEMORANDUM OPINION

 The parties have filed a " Joint Motion to Reverse And Enter Take-Nothing
Judgment." Pursuant to the parties' agreement, we grant the motion, reverse the
judgment of the trial court, and render judgment that plaintiff/appellee, Daniel Dror,
II, take nothing. We deny any pending motions as moot.


 PER CURIAM

Panel consists of Justices Jennings, Higley, and Sharp.